IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00757-BNB

ERIC HUMES,

Applicant,

v.

WARDEN MIKE ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -1 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER TO FILE PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court has determined that a

limited Pre-Answer Response is appropriate.  Respondents are directed pursuant to

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts

and to *Denson v. Abbott*, 554 F.Supp. 2d 1206 (D. Colo. 2008), to file a Pre-Answer

Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C.

§ 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A).

If Respondents do not intend to raise either of these affirmative defenses, they must

notify the Court of that decision in the Pre-Answer Response.  Respondents may not

file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise

address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits

all relevant portions of the state court record, including but not limited to copies of all

documents demonstrating whether this action is filed in a timely manner and/or whether

Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED May 1, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-00757-BNB

Eric Humes
Prisoner No. 119468
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Warden Mike Arellano
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

       I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst for service of process on Mike Arellano;
and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 4/03/09
on _5/1/09_   .

                           GREGORY C. LANGHAM, CLERK


                           By: _____
                                         Deputy Clerk