IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00757-MSK-CBS

ERIC HUMES,
    Applicant,
v.

WARDEN MIKE ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Humes' letter filed on June 16, 2010 (doc. # 33), wherein he asks whether his "Response to the State Attorney General's Answer in December of 2009" was filed correctly. Pursuant to the Order of Reference dated August 10, 2009 (doc. # 12), this civil action was referred to the Magistrate Judge to "review the merits and to issue proposed findings of fact and recommendations for disposition." The court notes that Mr. Humes' "Reply to the Respondent's Answer" was filed on December 18, 2009. (*See* doc. # 32).

    Further, the court requests that the Clerk of the Court mail a copy of the "Reply to the Respondent's Answer" (filed December 18, 2009) (doc. # 32) to Mr. Humes.

    DATED at Denver, Colorado, this 21st day of June, 2010.

                              BY THE COURT:

                              s/ Craig B. Shaffer
                              United States Magistrate Judge