**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 2 1 2012**

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 09-cv-00757 MSK

ERIC HUMES,

    Petitioner,

vs.

WARDEN MIKE ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 21st day of May, 2012.

                BY THE COURT:

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00757 MSK

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Eric Humes
# 119468
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   5/21/2012   .


                      GREGORY C. LANGHAM, CLERK


                      By: s/ D. Berardi
                            Deputy Clerk