F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 09-cv-00757 MSK

ERIC HUMES,

    Petitioner,

vs.

WARDEN MIKE ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 21st day of May, 2012.

                BY THE COURT:

                *Marcia S. Krieger*
                Marcia S. Krieger
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00757 MSK

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Eric Humes
# 119468
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/21/2012  .

        GREGORY C. LANGHAM, CLERK

        By: s/ D. Berardi
            Deputy Clerk